Charles Branderslev, Plaintiff in Error, v. Anna Branderslev, Defendant in Error.

Gen. No. 20,585.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed March 8, 1915.

### Statement of the Case.

Bill by Charles Branderslev against Anna Branderslev, for divorce on the ground of impotency.

The evidence shows that defendant's left hip joint is fixed whereby it is impossible for the parties to have sexual intercourse in the natural and normal way, but that by lying in a certain attitude, complete intercourse could be had. Defendant testified that her hymen had been ruptured by intercourse with complainant and the medical evidence showed the existence of the rupture.

From a decree dismissing the bill for want of equity, complainant appeals.

McMAHON & CHENEY and J. WALTER NIELSEN, for plaintiff in error

HUGH O'NEILL, for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

DIVORCE, § 45*—when evidence sufficient to warrant dismissal of bill for divorce on ground of impotency. Evidence in suit for divorce on the ground of impotency examined and held to warrant a dismissal of the bill for want of equity.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.